Attorney Debt Reset, Inc.
Justin K. Kuney, SBN 249283
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone:  (916) 550-5030
Facsimile:  (916) 550-5323
jkuney@attorneydebtreset.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA  -  SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>    Gregory Lee Paiva,<br><br>                                   Debtor. | Case No:  2013-27572<br><br>DCN:  ADR-001<br><br>Chapter 7<br><br>**EX PARTE APPLICATION TO REOPEN PETITION FOR CHAPTER 7 RELIEF PURSUANT TO 11 USC §350(b)** |

Now comes the Debtor, by and through her undersigned Attorney, and respectfully moves this court under 11 USC § 350(b) for an Ex Parte order to re-open her Chapter 7 bankruptcy case.  The Debtor failed to timely complete his required course in financial management and pay his court filing fee. Accordingly her case closed without entry of discharge.  The debtor has since completed this course, obtained the funds to pay the filing fee and now moves to reopen his case so that he may file his certificate of completion with this Court, pay the court filing fee and have his Chapter 7 bankruptcy discharge entered.

Dated:  November 19, 2013                                         /s/ Justin K. Kuney

                                                                                           Justin K. Kuney, Attorney for Debtor